IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE PROSPECT MEDICAL HOLDINGS INC.
DATA BREACH LITIGATION

Case No: 2:23-CV-03216

## STIPULATION

Plaintiffs and Defendant Prospect Medical Holdings, Inc. ("Prospect") jointly stipulate and agree that the time to answer, move, or otherwise plead in response to the Consolidated Complaint shall be and is hereby enlarged through and including April 18, 2024. *See* Honorable Wendy Beetlestone's Policies and Procedures, Civil Cases, Section IV.A.

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (pro hac vice)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

M. Anderson Berry, Esq. (pro hac vice)
ARNOLD LAW FIRM
865 Howe Avenue Sacramento, CA 95825
Tel: 916-239-4778
aberry@justice4you.com

*Co-Lead Counsel*

/s/ *Luke McLoughlin*
DUANE MORRIS LLP
Alan C. Kessler
Luke McLoughlin
Ryan Monahan
Lauren Pugh
30 S. 17th Street
Philadelphia, PA 19103
luke@duanemorris.com

*Counsel for Defendant*

**SO ORDERED**

/s/Wendy Beetlestone, J.

April 11, 2024