IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PROSPECT MEDICAL HOLDINGS INC. DATA BREACH LITIGATION | Case No: 2:23-CV-03216 |

**STIPULATION**

Plaintiffs and Defendant Prospect Medical Holdings, Inc. ("Prospect") jointly stipulate and agree that the time to Reply shall be and is hereby enlarged through and including May 23, 2024. *See* Honorable Wendy Beetlestone's Policies and Procedures, Civil Cases, Section IV.A.

_____
J. Gerard Stranch, IV (pro hac vice)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

M. Anderson Berry, Esq. (pro hac vice)
ARNOLD LAW FIRM
865 Howe Avenue Sacramento, CA 95825
Tel: 916-239-4778
aberry@justice4you.com

*Co-Lead Counsel*

_____
DUANE MORRIS LLP
Alan C. Kessler
Luke McLoughlin
Ryan Monahan Lauren Pugh
30 S. 17th Street
Philadelphia, PA 19103
luke@duanemorris.com

*Counsel for Defendant*

**SO ORDERED**

/s/Wendy Beetlestone, J.
_____

May 13, 2024