**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE PROSPECT MEDICAL HOLDINGS INC. DATA BREACH LITIGATION | Case No. 2:23-cv-03216 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Joshua Stradinger, Mario Robles, Laura Doverspike, Rodney Hoggro, Yolanda Boyle, Latoya Pratcher, Jay Goldstein, Shamoon Khandia, Lorelei Phillips, and Fidel Medina, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and along with Defendant Prospect Medical Holdings, Inc. hereby jointly stipulate to the voluntary dismissal of Plaintiffs' claims against Defendant Prospect Medical Holdings, Inc., ***without prejudice***, with each party to bear their own fees and costs.

Dated: April 15, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

M. Anderson Berry
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com

*Attorneys for Plaintiffs*

Luke McLoughlin
Luke P. McLoughlin
**DUANE MORRIS LLP**
30 South 17th Street

Philadelphia, PA 19103
Tel: (215) 979-1167
lpmcloughlin@duanemorris.com

*Counsel for Defendant*

**SO ORDERED : 4/15/2026**

S/ WENDY BEETLESTONE

WENDY BEETLESTONE C.J.